# UNITED STATES DISTRICT COURT
### DISTRICT OF COLORADO

| | |
|---|---|
| UNITED STATES OF AMERICA | **JUDGMENT IN A CRIMINAL CASE** <br> (For **Revocation of Supervised Release**) |
| v. | Case Number:  09-cr-00097-REB-01 |
|  | USM Number:  36261-013 |
| JULIAN DOMINGO VIGIL | Boston H. Stanton, CJA <br> (Defendant's Attorney) |

**THE DEFENDANT:** Admitted guilt to violations 2, 3, and 4, as alleged in the probation officer's petition.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | Failure to Report to the Probation Department as Directed | 12/07/2012 |

    The defendant is sentenced as provided in pages 2 through 3 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

    The defendant has not committed violation 1 and is discharged as to such violation.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States Attorney of material changes in economic circumstances.

    It is further ordered that the Addendum to this judgment, which contains the defendant's social security number, residence address and mailing address, shall be withheld from the court file and retained by the United States Probation Department.

                                                                                         July 8, 2014
                                                                           Date of Imposition of Judgment

                                                     **s/ Robert E. Blackburn**
                                                                         Signature of Judge

                                                    Robert E. Blackburn, U.S. District Judge
                                                                         Name & Title of Judge

                                                    **July 9, 2014**

                                                                                    Date

DEFENDANT:  JULIAN DOMINGO VIGIL
CASE NUMBER:  09-cr-00097-REB-01                                                                Judgment-Page 2 of 3

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 3 | Failure to Report New Arrest | 12/04/2012 |
| 4 | Violation of the Law | 09/17/2013 |

DEFENDANT:  JULIAN DOMINGO VIGIL
CASE NUMBER:  09-cr-00097-REB-01                                                                   Judgment-Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 21 months, to be served consecutively to all sentences imposed in state and federal courts, including the sentence imposed in 13-cr-00060-REB.  No term of supervised release to follow imprisonment.

The court recommends that presentence confinement credit be determined by the Bureau of Prisons under 18 U.S.C. Section 3585.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

UNITED STATES MARSHAL

By_____
Deputy United States Marshal